**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**JERRY CHAMPION, ADC #91354**                                                                 **PLAINTIFF**

V.                              Case No. 2:11CV00037 JMM-BD

**JOSEPH HUGHES,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation and Mr. Champion's objections, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be adopted as this Court's findings in all respects.

Defendant Wendy Kelley's motion for summary judgment (#85) is GRANTED, and Mr. Champion's claims against Ms. Kelley are DISMISSED without prejudice. The motion for summary judgment of Defendants Dr. Donald Anderson, Alethia Leak, Quible Butler, and Dr. Joseph Hughes (#95) is GRANTED, and Mr. Champion's claims against these defendants are DISMISSED with prejudice.

IT IS SO ORDERED, this 13th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE