IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JERRY CHAMPION, ADC #91354**                                                          **PLAINTIFF**

V.                        Case No. 2:11CV00037 JMM-BD

**JOSEPH HUGHES,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED. The claims against Defendant Wendy Kelley are DISMISSED without prejudice. The claims against Defendants Dr. Donald Anderson, Alethia Leak, Quible Butler, and Dr. Joseph Hughes are DISMISSED with prejudice.

IT IS SO ORDERED this 13th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE